**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **TELSYNC TECHNOLOGIES LLC,**<br>Plaintiff,<br>*v.*<br>**GE VERNOVA INC.,**<br>Defendant. | **CASE NO. 1:25-CV-00473-GBW**<br>**PATENT CASE**<br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss all claims against GE VERNOVA INC., WITH PREJUDICE and all counterclaims against TELSYNC TECHNOLOGIES LLC WITHOUT PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Date: July 28, 2025

*/s/ Antranig Garibian*
Antranig Garibian, Esquire
DE Bar No. 4962
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice* forthcoming))
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
***Counsel for Plaintiff***
***Telsync Technologies LLC***

Respectfully submitted,

**FISH & RICHARDSON P.C.**

*/s/ Grayson P. Sundermeir*
Grayson P. Sundermeir (#6517)
222 Delaware Ave., 17th Floor
Wilmington, DE 19801
(302) 652-5070 (Telephone)
sundermeir@fr.com

Lance Wyatt
Neil J. McNabnay
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
wyatt@fr.com
mcnabnay@fr.com
***Counsel for Defendant***
***GE Vernova Inc.***

**SO ORDERED**, this 29th day of July 2025.

**The Honorable Gregory B. Williams**
**United States District Court Judge**